# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

April 8, 2019

Judge Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:** **Rhonda M Ullrich**
**Creditor:** **Bank of America, NA**
**Case:** **8-18-77868-las**

Dear Judge Louis A. Scarcella:

Our office represents Bank of America, N.A. in this matter. The Order directing Loss Mitigation was entered on December 27, 2018. On January 10, 2019 our Firm filed the Creditor affidavit.

The first loss mitigation status hearing was set for February 13, 2019. The March 13, 2019 Loss Mitigation hearing was adjourned to allow documents to be provided by Debtor and reviewed by our client. On March 20, 2019, Debtor provided the additional documents which were subsequently forwarded to our client. On April 1, 2019, our client advised of additional documents needed, which has been communicated to Debtor's counsel on April 1, 2019:

1. 2017 tax returns needs to be sign and dated by both borrower
2. P&L provided for UNSTOP-A-BULLZ, Bulldogs, INC- S-corp 01/01-03/15/2019- is short since it needs to contain at least 3 months
3. IRA income showing on the 2017 tax returns- UW needs to know if this income will continue or not – If no verbal acceptable; If yes need award letter or proof of receipt
4. Borrower shows $15.00 on interest earned – UW needs to know if this income will continue or not – If no verbal acceptable; If yes need to provide documentation supporting income.
5. Mortgage statement for primary residence- (statement provided is not legible)
6. Has the First lien mortgage for subject property been modified in the last 12 months?
    1. If yes: need to provide 1st Mortgage payment prior and after mod PI.
    2. If no: please notate the system

      The parties will continue to work together in the document request and review.  An Adjournment is needed to allow Debtor time to provide the documents and for our client to review.  Thank you for your time and consideration.

                                        Respectfully,

                                        /s/ Jenelle C. Arnold
                                      Jenelle C. Arnold, Esq.